8:26-cv-2152-KKM-CPT

## DECLARATORY RELIEF PETITION

**JURISDICTION:**  Federal Question

**STANDING:**  I am "Dually Entitled" to Social Security.  I qualify on my record and the record of my husband, a deceased Veteran who died of service-connected disabilities.

I knew that I am "Dually Entitled".  When I did not find the "Dual Entitlement Provision", I searched for it and found it hidden within the Government Pension Offset, untitled.

At this point, I recognized the "unconstitutionality" of the Government Pension Offset with the Dual Entitlement Provision "tucked within it", as well.

The harm caused this Widow is a result of the "deprivation" of my rights to proper Social Security benefits on **both** records resulting from the "unconstitutionality" of the Government Pension Offset.

## QUESTION: HOW CAN CONGRESS LIMIT JUDICIAL REVIEW AFTER VIOLATING CONSTITUTIONAL RIGHTS?

## FACTUAL BACKGROUND

NOTE: Reference Attached Government Pension Offset (GPO)

1. I found the "Government Pension Offset (GPO)" to be Unconstitutional approximately 2014, twelve years ago. I have sought assistance since this time attempting to find justice for deprivation of rights to Social Security benefits on my record and the record of my Husband, a deceased Veteran. I have attached a copy of the "Government Pension Offset" where I have highlighted with a black line and typed "Dual Entitlement" where the "Unconstitutionality" exists.

The Government Pension Offset (GPO) was **"Invalid"**, both **"Facially"** and **"As Applied"**. **There were no circumstances under which the "Government Pension Offset" Statute would be Valid.** The GPO Violated my **"Constitutional, Statutory and Clearly Established Rights"** that a reasonable person would have known. By Congress hiding the "Dual Entitlement Rule", a "Clearly Established Law" within the Government Pension Offset, I was denied proper Social Security benefits since becoming eligible which Social Security Administration limited to $25.00 monthly/$300.00 Yearly on my record; $0, on Spouse's record. **Effective January 23, 2025,** at age eighty-four, Social Security Administration submitted, **Changes, BNC#: 25T2193J47463-A. Monthly Benefits Changed on <u>my account</u> from: $25.00 monthly to: $169.60 monthly on Both <u>accounts</u> from: $25.00 monthly to: $1,411.70** monthly

**NOTE: Social Security for years prior to 2025 are due me on both records.**

**The "Government Pension Offset"** violated Deprivation of Rights IAW Title 18, U.S.C. Section 242", "Deprivation of Rights" under Color of any Law, Statute or Regulation that <u>willfully subjects any person to the deprivation of any rights secured or protected by the Constitution or laws of the United States.</u>

Under the "Government Pension Offset", there was a **"Two-thirds Offset"**; another Rule, Dual Entitlement" with different applications is **"within one statute"**. The two opposing applications within one **Statute** <u>presented another **Conflict.**</u>

**I have yet to find anyone to assist me.** Carolyn Colvin, was Acting Commissioner of Social Security when I found the Government Pension Offset to be Unconstitutional. **I started filing lawsuits** and, as a result, I have sought assistance during President Obama, President Trump, President Biden and President Trump administrations, and yet, I remain "<u>without any assistance, compensation, relief or accountability"</u>.

2. I sold my home in order to afford my quest for justice. These efforts have left this widow in financial hardship. In addition to lawsuits in the Federal District Court exceeding twenty, I submitted filings in the U.S. Court of Appeals and Petitions for Writ of Certiorari in the <u>U. S. Supreme Court on three occasions as reflected by attached documents. I have filed</u>

**Court on three occasions as reflected by attached documents,** have filed three Tort Claims, one with <u>SSA Attorney Cohen while in the U.S. Federal District Court, Raleigh, NC and</u> another in the District Court of Florida. I filed a Claim in "U.S. Federal Court of Claims" which was denied.

3. **Where I have typed "<u>Dual Entitlement</u>" on the Attached GPO Factsheet, the "Dual Entitlement Rule" was hidden within the Government Pension Offset; therefore, individuals who are "Dually Entitled", as I am, were denied their earned benefits.** The Rule is discussed but not identified as the "Dual Entitlement Rule".

THERE HAS BEEN NO ONE TO ASSIST THIS WIDOW OR ACCESS TO LEGAL COUNSEL. Ultimately, in 2025, I submitted a "Notice to America" identifying these injustices. I was left in a financial hardship situation, <u>with no access to legal counsel</u> as I attempted to obtain assistance for these injustices on my own.

We are always reminded of this "sacred document", the "United States Constitution", that our Armed Forces personnel will give their lives to protect and, if violated, there are **severe** consequences which should apply to every American. There should be no benefit from violating this document.

4. Department of Justice has not assisted. "Latest" request (Non-acceptance of Claim to DOJ is attached). FBI did not respond.

"<u>Notice(s) of Constitutional Question</u>" were filed in the U.S. District Courts (more than 20 lawsuits). Jurisdiction: Federal Question. **No U.S. Attorney General ever "took any action".** Early on, <u>I was directed to State of North Carolina officials and had to participate in that process.</u>

I am eighty-six years of age and have had $25.00 monthly/$300.00 yearly Social Security until **the "Fairness Act was passed in 2025".** Under the Fairness Act, "Liability was Limited" to one year; however, when "Clearly Established Rights" are violated, <u>liability cannot be limited;</u> therefore, **is the Fairness Act Unconstitutional"?** <u>Congress is attempting to accept liability for one year</u> when they were spending stolen Social Security benefits SINCE 1983; i.e., 43 years from our Senior Citizens. <u>This appears to be criminal activity.</u>

<u>**2025-2026: Monthly: My Social Security went from "$25.00 to $1436.00 Monthly"**</u>
<u>**Yearly: from $300.00 to $16,558.00.**</u>
<u>**CONGRESS "LIMITED LIABILITY TO ONE YEAR"**</u>

What happened to "the People's" earned Social Security benefits?

    a. Congress passed an "Unconstitutional Act".
    b. Social Security Administration enforced the "Unconstitutional Act". It caused harm to me and other American citizens.
    c. The Courts have ordered me back to Social Security Administration; however, I will not

participate in Unconstitutional acts or Illegal activity. Congress and Social Security Administration violated the Constitution and "Clearly Established Law" not this Widow; therefore, finding and enforcing a "Remedy" should be a task for the "U. S. Constitution violators".

d. Court document, Case Number 8:25-cv-02157-WFJ-NHA, Becton v. Commissioner of Social Security on what they called: "**Motion for Miscellaneous Relief**" was initiated in my name by the **Social Security Administration.**

e. I have not and will not violate the United States Constitution on any other person's behalf; therefore, Marie A. Becton took no action on Case Number 8:25-cv-02157-WFJ-NHA.

f. Congress enforces "Limited Liability".

5. Where else in America can one steal our citizens benefits with impunity? I am overwhelmed and am now a Cancer patient, Heart problems and recent Cataract surgery. This process in inhumane.

6. Is the Fairness Act, **which "limits liability" when Clearly Established Law is violated CONSTITUTIONAL?**

7. **Where else in America can an agency or business create an "Unconstitutional law", as Congress did (Government Pension Offset) that deprives our Citizens of earned benefits; profit from the loss? and, when found to have violated the U.S. Constitution, have the authority to "Limit Liability" after violating the "Dual Entitlement Provision", a "Clearly Established Law" then, "ORDER: "NO JUDICIAL REVIEW" AT THE SUPREME COURT"? No further comment. I still seek a Remedy.**

8. Upholding the United States Constitution cannot be left to our Veterans alone, who give their lives defending this Sacred Document. The responsibility/accountability lies with every American Citizen. This is why we take the "Oath". No American should have to be reminded of this:

**Congress has set the standard text for most federal employees in 5 U.S.C. § 3331:**

**"I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."**

4

## LEGAL ISSUES

**Clearly Established Law**

a. When "Clearly Established Law" is violated, can Liability be Limited?

b. Under the "Fairness Act", Liability is limited to one year.
When violating "Clearly Established Law", "Liability cannot be limited"; therefore, is the Fairness Act unconstitutional?

c. Limited Liability has deprived me of Social Security earned benefits, for years prior to inception of the "Fairness Act" in 2025. Don't these Social Security benefits belong to this Widow?

5

## RELIEF REQUESTED

$25,000,800.00

TWENTY-FIVE MILLION, EIGHT HUNDRED DOLLARS

LOSS OF BENEFITS (SINCE BECOMING ELIGIBLE):

FINANCIAL HARDSHIP

PAIN/SUFFERING

EXPENSES: ACTING AS OWN ATTORNEY

DEPRIVATION OF CONSTITUTIONAL RIGHTS

DEPRIVATION OF STATUTORY RIGHTS

DEPRIVATION OF RIGHTS/SOCIAL SECURITY ACT

EMOTIONAL/MENTAL ANGUISH

NO ACCESS TO LEGAL COUNSEL/ACTING AS OWN ATTORNEY

ELDER LAW VIOLATIONS

FRAUD

CONSTITUTIONAL RIGHTS VIOLATIONS

6

EXHIBITS

:
1. Government Pension Offset
2. Case No. 8:25-cv-02157-WFJ-NHA initiated by SSA, naming Marie Becton, Plaintiff
3. Social Security Documents reflecting Unconstitutional Violations
4. SSA Documents, Changes in Benefits: (Submitting 1 of many)
   BNC# 25M1692H20204-A – Monthly benefit from: $25.00 to $1,436.00 monthly
5. **"Return to Sender"**, opened envelope submitted to Justice Department requesting assistance.

Marie A. Becton

# MY PRAYER FOR RELIEF

Social Security is a cornerstone of the U. S. safety net, providing security for millions of Americans in retirement, disability and as survivors. Social Security is essential for financial security, poverty reduction and economic stability for millions of Americans. The Social Security Act stipulates that retired-worker benefits are first payable at age 62, with full benefits available at the full retirement age of sixty-seven.

For those who have been affected by the "**unconstitutional "Government Pension Offset (GPO)**"; Does the **Social Security Act apply**?  I am 86 years of age, Dually Entitled and have had no "full retirement"

8

benefits due to the Government Pension Offset.  NOTE: Congress hid, the "Dual Entitlement Rule" within the GPO which deprived citizens who were "Dually Entitled", as I am, to "Dually Entitled" benefits.

When the GPO was found to be "unconstitutional", Congress "Repealed" it and compensated our citizens affected by this injustice to "**one year** of Social Security benefits" through the enactment of the "Fairness Act".

What happened to OUR "**Dual Entitlement benefits**"?  Congress compensated you for only one year.

The "Dual Entitlement Rule" is a "Clearly Established Law" and when "Clearly

9

Established Law" is violated, "**Liability Cannot Be Limited**".

## THE FAIRNESS ACT

**CONGRESS LIMITED LIABILITY to one year through the Fairness Act, therefore;**

## IS THE FAIRNESS ACT CONSTITUTIONAL?

Social Security Administration must abide by the U.S. Constitution and "Clearly Established Law" which was intended to be a source of financial protection for American citizens under Social Security law.

10

Congress did not pay for my benefits but seized them.

The intentional negligence and loss of more than twenty years of SS income have been and will be realized for me for years to come on my record and the record of my deceased Veteran. The financial losses are palpable and I pray for financial relief else financial damages will impact my life for the rest of my life.

No access to legal counsel necessitated these expenses on my behalf. America will be watching for accountability.

11